_____

No. 96-2912
_____

Ali Sayman,                          *
                                     *
          Appellant,                 *
                                     * Appeal from the United States
     v.                              * District Court for the
                                     * Eastern District of Missouri.
R. Nussbaum; Julie Nussbaum;         *
William Stauder,                     *          [UNPUBLISHED]
                                     *
          Appellees.                 *
_____

                 Submitted: December 31, 1996

                     Filed: January 8, 1997
_____

Before BOWMAN, MAGILL, and LOKEN, Circuit Judges.
_____

PER CURIAM.


     Ali Sayman appeals the dismissal without prejudice of a 42 U.S.C.
§ 1983 complaint in which he alleges that defendants have caused him to be
"known as the race discriminator against Jewish people since 1967."  We
agree with the district court[1] that this complaint fails to provide a short
and plain statement of the claim, as required by Federal Rule of Civil
Procedure 8.  Accordingly, we affirm.  See 8th Cir. R. 47B.  We deny
Sayman's post-appeal motions.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The HONORABLE DONALD J. STOHR, United States District Judge
for the Eastern District of Missouri.